FILED

JUN 21 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In re: Material Witness Warrant,
ROGELIO SUAREZ

No.   CR-05-00307 SBA (WDB)

**ORDER FOR RELEASE OF MATERIAL WITNESS**

/

The material witness Rogelio Suarez was deposed and that deposition was recorded on videotape on Wednesday, June 15, 2005.

By letter copied to all counsel for defendants Raul Lopez, Ruben Lopez, and Emilio Lopez and to Assistant United States Attorney Brian Stretch, Mr. Suarez' counsel placed this matter on the undersigned's criminal calender for Tuesday, June 21, 2005. *See*, letter filed June 16, 2005.

On June 21, 2005, the Court conducted a hearing in this matter. Mr. Suarez, through his counsel, requested on the record that the Court issue an order releasing the witness on the grounds that all evidentiary needs that supported his detention have been met and that he is entitled to be released.

//
//
//
//

Document No.

District Court
Criminal Case Processing

1 | The Court will ORDER that the U.S. Marshal release Mr. Suarez <u>on
2 | Thursday, June 23, 2005, at noon</u>, unless before that time, the Court receives an
3 | objection in writing, supported by substantial justification and an explanation as to
4 | why the objection is tardy.
5 | IT IS SO ORDERED.

DATED: June 21, 2005

Wayne D. Brazil
United States Magistrate Judge