FILED

JUN 2 7 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In re: Material Witness Warrant,
ROGELIO SUAREZ

No.   CR-05-00307 SBA (WDB)

**ORDER DIRECTING U.S.
MARSHAL TO RELEASE
MATERIAL WITNESS
FORTHWITH**

_____/

On June 21, 2005, the Court entered an order stating that it would direct the U.S. Marshal to release material witness Rogelio Suarez from custody unless, by June 23, 2005, at noon, the Court received an objection in writing, supported by substantial justification and an explanation as to why the objection is tardy.

The Court has received no such objection. Accordingly, the Court ORDERS the U.S. Marshal to release Rogelio Suarez from custody forthwith.

IT IS SO ORDERED.

DATED: June 27, 2005

Claudia Wilken
United States District Judge

CCWDB
USM
SBA

1