IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(Oakland Division)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>RAUL LOPEZ,<br><br>　　　　　　Defendant. | No. 05-00307-SBA<br><br>ORDER RE<br>JOINT DEFENSE MEETING AT<br>UNITED STATES MARSHAL'S<br>FACILITY |

GOOD CAUSE APPEARING,

IT IS ORDERED that the United States Marshal's Service for the Northern District of California, Oakland shall transport defendants Raul Lopez and Ruben Lopez to the Marshal's facility at 1301 Clay Street, Room 150C, Oakland, California on September 27, 2005 at 12:00 noon for a 1 to 1 ½ hour joint defense meeting between defendants and their respective counsel, Lupe Martinez and Steve Teich.

Dated: September __**26**__, 2005

_____
HONORABLE SAUNDRA B. ARMSTRONG
United States District Judge

*IT IS SO ORDERED*
*Judge Saundra B. Armstrong*

- 1 -